Filed March 11, 1893.

---

No. 16,228.

CARRIGER ET AL. *v.* KENNEDY ET AL.

SUPREME COURT PRACTICE.—*Failure of Appellant to File Brief.*—Where the appellant fails to file a brief in support of his assignment of errors, the appeal will be dismissed.

From the Johnson Circuit Court.

*F. J. Van Vorhis, W. W. Spencer, S. P. Oyler* and *W. A. Johnson,* for appellants.

*W. S. Shirley, G. M. Overstreet, Sr.,* and *A. B. Hunter,* for appellees.

OLDS, J.—The transcript in this case was filed in this court on July 10th, 1891, and the cause was submitted September 9th, 1891. There is a short statement filed with the motion for supersedeas, stating that an appeal bond was filed in the court below, and approved by the clerk, and referring to the errors assigned and the pages of the record showing the rulings made on which errors

are assigned. There is no brief filed on behalf of the appellants discussing, or pretending to discuss, the errors assigned.

There having been no compliance with the rules of this court, on the part of the appellants in relation to the filing of briefs, the appeal in this cause is dismissed, at costs of the appellants.

HACKNEY, J., took no part in the disposition of the cause.

